AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JAIME RAMIREZ-RAMIREZ | CASE NUMBER: 08 CR 1416 JAH |

I, JAIME RAMIREZ-RAMIREZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___5/5/08___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
MAY - 6 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

___RAMIREZ JAIME___
Defendant

___[signature]___
Counsel for Defendant

Before ___[signature]___
JUDICIAL OFFICER